**United States Bankruptcy Court**
**Northern District of Indiana, South Bend Division**

IN RE:                                                                                              Case No. _____

Arnie's Bowling & Recreation Center, Inc                                       Chapter **11**
                Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: 3-10-10          Signature: _____
                                             Todd Apfel, Vice President                                                                 Debtor

Date: _____     Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Kwitchurbeliakin, LLC
355 Canterbury Dr
La Porte, IN  46350-1917

Case 10-30914-hcd    Doc 3    Filed 03/10/10    Page 2 of 2