UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE; ) | |
| ) | Chapter 11 |
| ARNIE'S BOWLING & RECREATION, INC. ) | |
| ) | Case No. 10-30914 |
| Debtor ) | |

**CORPORATE OWNERSHIP STATEMENT**

Comes now the debtor, by counsel, and states that there are no entities to report that directly or indirectly own 10% or more of debtor's equity interests.

*/s/ Rosalind G. Parr*
ROSALIND G. PARR
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of April, 2010, the above and foregoing pleading was served electronically upon the U. S. Trustee and Alexander Edgar, Assistant U. S. Trustee.

*/s/ Rosalind G. Parr*
ROSALIND G. PARR