**United States Bankruptcy Court**
**Northern District of Indiana**

IN RE:                                                                                              Case No. **10-30914**

**Arnie's Bowling & Recreation Center, Inc**                                              Chapter **11**
                                    Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: 4/7/10            Signature: _Todd Apfel, Vice President_
                                                                                                                                Debtor

Date:                         Signature:
                                                                                                                                Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Bradley Adamsky, Esq.
Newby, Lewis, Kaminski & Jones, LLP
PO Box 1816
LaPorte, IN  46352-1816


Kwitchurbeliakin, LLC
355 Canterbury Dr
LaPorte, IN  46350-1917


Laporte Savings Bank
PO Box 548
La Porte, IN  46352-0548
```