## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE:  ARNIE'S BOWLING &, <br> RECREATION CENTER, INC., <br> <br> Debtor | ) <br> ) <br> ) <br> ) | CHAPTER 11 BANKRUPTCY <br> <br> CASE NO. 10-30914 |

### AMENDED STATEMENT OF INSIDER COMPENSATION

Pursuant to Northern District of Indiana Local Bankruptcy Rule B-1007-3, Debtor submits this Statement of Insider Compensation as follows:

1. Todd Apfel, a stockholder of the corporation, is debtor's manager and during the year prior to the order for relief entered on March 10, 2010, he received $7,136.49 in compensation. His salary is $15,000 annually. He will be compensated during the case at the same salary and will continue to perform the same duties.

2. Luise Lesser, a stockholder of the corporation, is an employee of debtor and is in charge of youth activities. During the year prior to the order for relief entered on March 10, 2010, she received $8,280.10 in compensation. She will be compensated during the case at the same salary.

Dated: April 19, 2010

/s/ Rosalind G. Parr
Rosalind G. Parr
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

I affirm under penalties of perjury that the above and foregoing representations are true.

_____
TODD APFEL, Vice-President