

Arnie's Bowling & Recreation Center, Inc.

# Status Report

Arnie's Bowling & Recreation Center, Inc.

# Status Report
# April - August 2010

## Brief Overview

Despite a few setbacks that occurred during the early part of the summer (explained in detail later in this report) we are happy to report that Arnie's Bowling & Recreation Center, Inc. beat our budgeted income by $7,834.84 and our total expenses were $7,133.25 less than budgeted.  We feel confident going into the final 4 months of 2010 that this trend will continue.

## Month by Month Review

- April 2010 - Our income for the month was $1,029.47 less than budgeted, however our expenses were $4,308.05 under budget as well.  This gave us a Net Income of $2,738.42.
- May 2010 - Our income for the month was $5,897.11 over budget, our expenses were $285.65 under budget.
- June 2010 - On Wednesday June 23rd, a severe storm with what was described by the U.S. Weather Service as "Straight Line Winds" went through our area.  This storm knocked out our power from Wednesday evening through Sunday June 27th.  We also sustained structural damage to the building and front sign from the storm.  The timing of the storm was unfortunate as we had an special event booked for Thursday June 24th for over 100 members of the International Harvester Power Tour that was in town for the week.  We also lost out on Glow Bowl revenue (which is one of our best revenue producers during the summer months) from Friday and Saturday (June 25th & June 26th).  Another unseen loss from the power outage was the food that got spoiled and the costs of repairing scoring equipment that was damaged during the power spike that occurred at the time of the outage.  Despite these setbacks our income was only $1,739.32 less than budgeted and our expenses still came in $2,628.23 less than budget.  We feel  had we not had the storm we would have made a profit for June.
- July 2010 - Our income for the month was $3,129.19 over budget, while our expenses were $964.63 under budget giving us a net profit of $451.98 for the month.
- August 2010 - Our income for the month was $1,577.33 over budget, while our expenses were $553.31 over budget.  The expense overage was due to the $1,245.90 in property taxes that was not included in our budget.

## September - December 2010 Budget

In creating our budget for the final 4 months of 2009 we decided to go through our September 2009 - December 2009 P&L for a starting point.  Below are some bullet points that also outline how we established the budget.

- As with our current budget we've taken a look at our current trends and adjusted some numbers accordingly.  We used this method when we created our current status, which our P&L for April - August show was pretty accurate.

Arnie's Bowling & Recreation Center, Inc.

- The first week of September was the beginning of our fall leagues. Although we lost one league we also gained another league and although it is early in the season we feel that our budget numbers for the league will be pretty accurate. Below is a review of our current fall league line up.
  - Monday - This league lost 3 teams to our competitor (he undercut our league lineage and his own league lineage by $1.50/person each night to entice them to move to his center), however we were able to bring three new teams in thus there are no real changes in league revenues.
  - Tuesday - Our early shift league increased their size by two teams this season, while our late shift league is one team short from last season.
  - Wednesday - We lost a full league to our competitor (he undercut our and his league lineage again by $1.50/person each night to entice this league to move to his center). We were able to combine our late shift league with 3 of the teams that did not leave from the league that moved and also bring in 4 other teams from out of town to only lose a total of 3 teams for the day.
  - Thursday - We had 2 ladies leagues combine into one larger league which brought in 1 more team than last season, our Men's Classic League remains with the same number of teams from last season.
  - Friday - Our Friday night league is one team less than last season.
  - Saturday - Our Saturday leagues are at the same strength that they were last season.
  - Sunday - Our Sunday league lost 4 teams to our competitor (once again the $1.50/person enticement) however they have been able to so far bring in 3 other teams to offset the loss.
  - OTHER LEAGUES - Our Sport Shot, No Excuses, Youth/Adult and LaLumiere School leagues have not yet started but we are anticipating they will be equal to or better than last season.

NOTES - In looking over our league slots we will be equal to last season thus we have budgeted ourselves very similar to last season. The last three leagues that have left Thunderbird Lanes have a very unique trend beyond the reduced lineage that they have been enticed with. Last year we lost the Wednesday Twi-Lite league, the President of the League (who was very vocal in suggesting the move) is the Vice President of LaPorte Savings Bank. The American Legion League which also left last year has a League Secretary (who was very instrumental in suggesting the move) who is married to an Executive Secretary at LaPorte Savings Bank. The Wednesday Night Mixed League which moved this year has the Commercial Loan Officer from LaPorte Savings Bank in their league. It may only be a coincidence that members from LaPorte Savings Bank and their families are members of these leagues. However one would think that if these people cared about businesses who they had loans out to that they wouldn't be trying to take revenue away.

- We have worked with our leagues for this fall in creating even more space for "Open Play". The leagues understand that their future league bowlers come from "Open Play" bowlers. We are aggressively advertising through local radio and our marquee front sign that we have "Open Play" available. Also our competitor has filled up a lot of his available open play lanes with new leagues thus making Thunderbird Lanes the only center in our market area with "Open Play" during the evening hours when families want to come out bowling. Thus we feel very confident that our budget for "Open Play" will probably be exceeded each month.

- We feel our Pub numbers will exceed last seasons numbers (although we have put conservative numbers into our budget) as we have a complete new and friendly staff for the fall. We have worked hard in training the new staff to make sure each person's visit to our center is an enjoyable one.

Arnie's Bowling & Recreation Center, Inc.

## Summary

One of the best things that has come from our Bankruptcy filing is that we had to take a good hard look at a number of items and work hard at fixing them.

- Staffing - we have learned to become leaner and more efficient. This was one of the toughest things to do however you can see that in our April - August numbers we were able to reduce payroll by almost $6,000. Our budget shows a reduction in payroll by almost $7,500.
- In the past we never really created a budget but rather compared ourselves on a month by month basis with the previous year. Since April we've learned to not only create a budget to learned to live within our budget (even with unexpected issues and costs).
- Although we lost some league revenue to our competitor, we have been able to look at this and create new windows of opportunity for ourselves. Over the past 2 years our "Open Play" has increased dramatically and we are now very near to the national average for bowling centers in "Open Play" vs "League" revenue split.
- We have spent the summer repainting and "sprucing" up the inside of the center. Already in the first week of league play many have commented on how nice it looks and how family friendly we are.
- In the final sheet of this report we have included a column that shows our current September numbers (Sept 1st - 10th) and compares them to our September Budget. Although it's early we believe we will be following the trend of our April - August budgets by exceeding revenue and having a smaller expenses.
- Due to her deteriorating health issues, Luise Lesser has sold her shares of Arnie's Bowling & Recreation Center, Inc. to Joe Smith. Joe brings a lot of business economic knowledge to our company.

| Account Number | Income | April 2010 | April 2009 | Difference 10 vs. 09 | | | | April Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 10,450.00 | $ 12,775.00 | $ (2,325.00) -18% | | | | | |
| 4020 | Arcade | $ 730.00 | $ 929.00 | $ (199.00) -21% | | | | | |
| 4030 | League Bowling | $ 13,072.00 | $ 15,308.00 | $ (2,236.00) -15% | | | | | |
| 4040 | Shoe Rental | $ 374.00 | $ 983.00 | $ (609.00) -62% | | | | | |
| 4050 | Food Sales | $ 6,473.53 | $ 7,969.00 | $ (1,495.47) -19% | | | | | |
| 4060 | Beer Sales | $ 8,654.00 | $ 10,286.00 | $ (1,632.00) -16% | | | | | |
| 4065 | Liquor Sales | $ 4,737.00 | $ 5,069.00 | $ (332.00) -7% | | | | | |
| 4070 | Merchandise | $ 2,480.00 | $ 2,204.39 | $ 275.61 13% | | | | | |
| | Total | $46,970.53 | $ 57,532.39 | $(10,561.86) -18% | | | | $48,000.00 | $ (1,029.47) |

| Account Number | Expenses | April 2010 | April 2009 | Difference 10 vs. 09 | Apr-10 Income vs Expense | Apr-09 Income vs Expense | 2010 Profit Margin | 2009 Profit Margin | | April Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 399.00 | $ 410.29 | $ (11.29) -3% | | | | | | $ 440.00 | $ (41.00) |
| 4300 | Purchases Food | $ 4,207.32 | $ 7,482.91 | $ (3,275.59) -44% | $ 2,266.21 | $ 486.09 | 54% | 6% | | $ 6,400.00 | $ (2,192.68) |
| 4310 | Purchases Beer | $ 2,860.04 | $ 4,582.55 | $ (1,722.51) -38% | $ 5,793.96 | $ 5,703.45 | 203% | 124% | | $ 3,500.00 | $ (639.96) |
| 4320 | Purchases Liquor | $ 1,519.25 | $ 1,958.28 | $ (439.03) -22% | $ 3,217.75 | $ 3,110.72 | 212% | 159% | | $ 2,000.00 | $ (480.75) |
| 4330 | Purchases Merchandise | $ 1,956.00 | $ 4,200.00 | $ (2,244.00) -53% | $ 524.00 | $ (1,995.61) | 27% | -48% | | $ 1,000.00 | $ 956.00 |
| 4350 | Bar Supplies | $ 33.00 | $ 265.00 | $ (232.00) -88% | | | | | | $ 100.00 | $ (67.00) |
| 4380 | Purchases Soda | $ 1,280.55 | $ 1,838.68 | $ (558.13) -30% | | | | | | $ 1,200.00 | $ 80.55 |
| | Total Cost of Goods Sold | $12,255.16 | $ 20,737.71 | $ (8,482.55) -41% | | | | | | $14,640.00 | $ (2,384.84) |
| | Gross Profit | $34,715.37 | $ 36,794.68 | $ (2,079.31) -6% | | | | | | $33,360.00 | $ 1,355.37 |
| | | | | | | | | | | | |
| 5000 | Advertising & Marketing | $ 300.00 | $ 62.50 | $ 237.50 100% | | | | | | $ 300.00 | $ - |
| 5010 | Customer Promotion | $ - | $ 22.00 | $ (22.00) -100% | | | | | | $ 50.00 | $ (50.00) |
| 5020 | Charitable Contributions | $ - | $ 97.79 | $ (97.79) -100% | | | | | | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ 62.00 | $ (62.00) -100% | | | | | | $ - | $ - |
| 5150 | Credit Card Charges | $ 221.25 | $ 423.24 | $ (201.99) -48% | | | | | | $ 450.00 | $ (228.75) |
| 5210 | Payroll | $11,046.58 | $ 10,807.53 | $ 239.05 2% | | | | | | $12,900.00 | $ (1,853.42) |
| 5230 | Payroll Taxes | $ 3,257.68 | $ 3,558.04 | $ (300.36) -8% | | | | | | $ 3,800.00 | $ (542.32) |
| 5240 | Payroll Deductions | $ 473.86 | $ 1,478.00 | $ (1,004.14) -68% | | | | | | $ 500.00 | $ (26.14) |
| 5300 | Office Supplies | $ 41.69 | $ 278.96 | $ (237.27) -85% | | | | | | $ 50.00 | $ (8.31) |
| 5310 | Postage Expense | $ 4.03 | $ 28.89 | $ (24.86) -100% | | | | | | $ 10.00 | $ (5.97) |
| 5340 | Bank Service Charges | $ - | $ 42.18 | $ (42.18) -100% | | | | | | $ - | $ - |
| 5360 | Dues & Subscriptions | $ - | $ 604.00 | $ (604.00) -100% | | | | | | $ 275.00 | $ (59.47) |
| 5390 | Telephone Expense | $ 215.53 | $ 250.00 | $ (34.47) -14% | | | | | | $ 4,200.00 | $ (898.57) |
| 5410 | Utilities | $ 3,301.43 | $ 5,153.00 | $ (1,851.57) -36% | | | | | | $ 50.00 | $ (14.00) |
| 5420 | Janitorial | $ 36.00 | $ 67.58 | $ (31.58) -47% | | | | | | $ 250.00 | $ (250.00) |
| 5460 | Repairs & Maint. Equipment | $ - | $ - | $ - 0% | | | | | | $ 250.00 | $ 30.00 |
| 5510 | Trash Hauling | $ 280.00 | $ 225.00 | $ 55.00 24% | | | | | | $13,000.00 | $ - |
| 5520 | Rent Expense | $13,000.00 | $ 13,000.00 | $ - 0% | | | | | | $ 50.00 | $ (50.00) |
| 5530 | Outside Services | $ - | $ - | $ - 0% | | | | | | $ - | $ - |
| 5560 | Insurance General | $ - | $ - | $ - 0% | | | | | | $ - | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - 0% | | | | | | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - 0% | | | | | | $ 50.00 | $ (50.00) |
| 5600 | Vehicle Expense | $ - | $ 65.87 | $ (65.87) -100% | | | | | | $ 100.00 | $ (1.10) |
| 6560 | Payroll Charges | $ 98.90 | $ 91.50 | $ 7.40 8% | | | | | | | |
| | Total Expenses | $31,976.95 | $ 36,255.58 | $ (4,278.63) -12% | | | | | | $36,285.00 | $ (4,308.05) |
| | Net Income | $ 2,738.42 | $ 539.10 | $ 2,199.32 | | | | | | $ (2,925.00) | $ 5,663.42 |
| | | 8% | 1% | | | | | | | -9% | |

| Account Number | Income | May 2010 | May 2009 | Difference 10 vs 09 | | | | | | May Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $14,049.00 | $ 8,802.00 | $ 5,247.00 | 60% | | | | | | |
| 4020 | Arcade | $ 540.00 | $ 300.00 | $ 240.00 | 80% | | | | | | |
| 4030 | League Bowling | $ 2,006.00 | $ 1,606.00 | $ 400.00 | 25% | | | | | | |
| 4040 | Rental Income | $ 380.00 | $ 768.00 | $ (388.00) | -51% | | | | | | |
| 4050 | Food Sales | $ 3,655.11 | $ 4,610.00 | $ (954.89) | -21% | | | | | | |
| 4060 | Beer Sales | $ 3,947.00 | $ 4,887.00 | $ (940.00) | -19% | | | | | | |
| 4065 | Liquor Sales | $ 1,818.00 | $ 2,163.00 | $ (345.00) | -16% | | | | | | |
| 4070 | Pro Shop | $ 3,502.00 | $ 2,447.53 | $ 1,054.47 | 43% | | | | | | |
| | Total | $29,897.11 | $ 25,583.53 | $ 4,313.58 | 17% | | | | | $24,000.00 | $ 5,897.11 |

| Account Number | Expenses | May 2010 | May 2009 | Difference 10 vs 09 | | May-10 Income vs Expense | May-09 Income vs Expense | 2010 Profit Margin | 2009 Profit Margin | May Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 411.15 | $ 351.60 | $ 59.55 | 17% | | | | | $ 350.00 | $ 61.15 |
| 4300 | Purchases Food | $ 2,585.11 | $ 3,130.20 | $ (545.09) | -17% | $ 1,070.00 | $ 1,479.80 | 41% | 47% | $ 3,200.00 | $ (614.89) |
| 4310 | Purchases Beer | $ 1,353.05 | $ 1,784.60 | $ (431.55) | -24% | $ 2,593.95 | $ 3,102.40 | 192% | 174% | $ 2,000.00 | $ (646.95) |
| 4320 | Purchases Liquor | $ 457.59 | $ 487.01 | $ (29.42) | -6% | $ 1,360.41 | $ 1,675.99 | 297% | 344% | $ 600.00 | $ (142.41) |
| 4330 | Purchases Merchandise | $ 3,005.65 | $ 4,016.95 | $ (1,011.30) | -25% | $ 496.35 | $ (1,569.42) | 17% | -39% | $ 500.00 | $ 2,505.65 |
| 4350 | Bar Supplies | $ - | $ - | $ - | 0% | | | | | $ 100.00 | $ (100.00) |
| 4360 | Bowling Supplies | $ 114.76 | $ - | $ 114.76 | 100% | | | | | $ 100.00 | $ 14.76 |
| 4380 | Purchases Soda | $ 828.97 | $ 404.68 | $ 424.29 | 105% | | | | | $ 600.00 | $ 228.97 |
| | Total Cost of Goods Sold | $ 8,756.28 | $ 10,175.04 | $ (1,418.76) | -14% | | | | | $ 7,450.00 | $ 1,306.28 |
| | Gross Profit | $21,140.83 | $ 15,408.49 | $ 5,732.34 | 37% | | | | | $16,550.00 | $ 4,590.83 |

| 5000 | Advertising | $ 200.00 | $ - | $ 200.00 | 100% | | | | | $ 300.00 | $ (100.00) |
| 5010 | Customer Promotion | $ - | $ - | $ - | 0% | | | | | $ 50.00 | $ (50.00) |
| 5020 | Charitable Contributions | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5150 | Credit Card Charges | $ 205.37 | $ 310.57 | $ (105.20) | -34% | | | | | $ 350.00 | $ (144.63) |
| 5210 | Payroll | $ 6,990.42 | $ 7,120.87 | $ (130.45) | -2% | | | | | $ 6,900.00 | $ 90.42 |
| 5230 | Payroll Taxes | $ 2,003.39 | $ 2,764.92 | $ (761.53) | -28% | | | | | $ 2,300.00 | $ (296.61) |
| 5240 | Employee Deductions | $ 473.86 | $ - | $ 473.86 | 100% | | | | | $ 500.00 | $ (26.14) |
| 5300 | Office Supplies | $ 15.00 | $ 63.95 | $ (48.95) | -77% | | | | | $ 50.00 | $ (35.00) |
| 5310 | Postage Expense | $ 8.80 | $ - | $ 8.80 | 100% | | | | | $ 10.00 | $ (1.20) |
| 5340 | Bank Service Charges | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5360 | Dues & Subscriptions | $ 149.70 | $ - | $ 149.70 | 100% | | | | | $ - | $ 149.70 |
| 5390 | Telephone Expense | $ 269.91 | $ 245.00 | $ 24.91 | 10% | | | | | $ 275.00 | $ (5.09) |
| 5410 | Utilities | $ 3,655.00 | $ 3,270.16 | $ 384.84 | 12% | | | | | $ 3,700.00 | $ (45.00) |
| 5420 | Janitorial | $ 25.00 | $ 521.25 | $ (496.25) | -95% | | | | | $ 50.00 | $ (25.00) |
| 5460 | Repairs & Maint. Equipment | $ - | $ - | $ - | 0% | | | | | $ 150.00 | $ (150.00) |
| 5510 | Trash Hauling | $ 280.00 | $ 230.00 | $ 50.00 | 22% | | | | | $ 250.00 | $ 30.00 |
| 5520 | Rent Expense | $ 9,000.00 | $ 13,276.27 | $ (4,276.27) | -32% | | | | | $ 9,000.00 | $ - |
| 5530 | Outside Services | $ - | $ 164.00 | $ (164.00) | -100% | | | | | $ 50.00 | $ (50.00) |
| 5570 | Legal and Accounting | $ - | $ 111.66 | $ (111.66) | -100% | | | | | $ - | $ - |
| 5580 | License & Permits | $ 99.00 | $ - | $ 99.00 | 100% | | | | | $ - | $ 99.00 |
| 5585 | U.S. Trustee Fee | $ 325.00 | $ - | $ 325.00 | 100% | | | | | $ - | $ 325.00 |
| 5600 | Vehicle Expenses | $ - | $ - | $ - | 0% | | | | | $ 50.00 | $ (50.00) |
| 6560 | Payroll Charges | $ 98.90 | $ 87.80 | $ 11.10 | 13% | | | | | $ 100.00 | $ (1.10) |
| | Total Expenses | $23,799.35 | $ 28,166.45 | $ (4,367.10) | -16% | | | | | $24,085.00 | $ (285.65) |
| | Net Income | $ (2,658.52) | $ (12,757.96) | $ 10,099.44 | -79% | | | | | $ (7,535.00) | $ 4,876.48 |
| | | -13% | -83% | | | | | | | -46% | |

| Account Number | Income | June 2010 | June 2009 | Difference 10 vs 09 | | | | | | | June Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 9,553.00 | $ 7,084.00 | $ 2,469.00 | 35% | | | | | | | |
| 4020 | Arcade | $ 430.00 | $ - | $ 430.00 | 100% | | | | | | | |
| 4030 | League Bowling | $ 2,168.00 | $ 2,686.17 | $ (518.17) | -19% | | | | | | | |
| 4040 | Rental Income | $ 294.00 | $ 702.00 | $ (408.00) | -58% | | | | | | | |
| 4050 | Food Sales | $ 2,854.88 | $ 3,614.00 | $ (759.12) | -21% | | | | | | | |
| 4060 | Beer Sales | $ 3,079.00 | $ 3,015.00 | $ 64.00 | 2% | | | | | | | |
| 4065 | Liquor Sales | $ 1,583.00 | $ 1,004.00 | $ 579.00 | 58% | | | | | | | |
| 4070 | Merchandise | $ 298.80 | $ 425.00 | $ (126.20) | -30% | | | | | | | |
| | Total | $ 20,260.68 | $ 18,530.17 | $ 1,730.51 | 9% | | | | | | $22,000.00 | $ (1,739.32) |

| Account Number | Expenses | June 2010 | June 2009 | Difference 10 vs 09 | | Jun-10 Income vs Expense | Jun-09 Income vs Expense | 2010 Profit Margin | 2009 Profit Margin | | June Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 301.46 | $ 293.43 | $ 8.03 | 3% | | | | | | $ 300.00 | $ 1.46 |
| 4300 | Purchases Food | $ 2,159.30 | $ 3,369.36 | $ (1,210.06) | -36% | $ 695.58 | $ 244.64 | 32% | 7% | | $ 3,000.00 | $ (840.70) |
| 4310 | Purchases Beer | $ 757.05 | $ 546.77 | $ 210.28 | 38% | $ 2,321.95 | $ 2,468.23 | 307% | 451% | | $ 1,000.00 | $ (242.95) |
| 4320 | Purchases Liquor | $ 111.02 | $ 55.23 | $ 55.79 | 101% | $ 1,471.98 | $ 948.77 | 1326% | 1718% | | $ 200.00 | $ (88.98) |
| 4330 | Purchases Merchandise | $ - | $ 5,088.83 | $ (5,088.83) | -100% | $ 298.80 | $ (4,663.83) | 100% | -92% | | $ 100.00 | $ (100.00) |
| 4350 | Bar Supplies | $ 157.00 | $ 220.00 | $ (63.00) | -29% | | | | | | $ 50.00 | $ 107.00 |
| 4360 | Bowling Supplies | $ - | $ - | $ - | 0% | | | | | | $ 50.00 | $ (50.00) |
| 4380 | Purchases Soda | $ 638.69 | $ 744.13 | $ (105.44) | -14% | | | | | | $ 750.00 | $ (111.31) |
| | Total Cost of Goods Sold | $ 4,124.52 | $ 10,317.75 | $ (6,193.23) | -60% | | | | | | $ 5,450.00 | $ (1,325.48) |
| | Gross Profit | $ 16,136.16 | $ 8,212.42 | $ 7,923.74 | 96% | | | | | | $16,550.00 | $ (413.84) |
| 5000 | Advertising | $ 100.00 | $ 300.00 | $ (200.00) | -67% | | | | | | $ 100.00 | $ - |
| 5010 | Customer Promotion | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5020 | Charitable Contributions | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5150 | Credit Card Charges | $ 96.39 | $ 127.99 | $ (31.60) | -25% | | | | | | $ 200.00 | $ (103.61) |
| 5210 | Payroll | $ 5,009.12 | $ 6,052.38 | $ (1,043.26) | -17% | | | | | | $ 5,900.00 | $ (890.88) |
| 5230 | Payroll Taxes | $ 1,791.81 | $ 2,764.92 | $ (973.11) | -35% | | | | | | $ 2,100.00 | $ (308.19) |
| 5240 | Employee Deductions | $ 473.86 | $ - | $ 473.86 | 100% | | | | | | $ 500.00 | $ (26.14) |
| 5300 | Office Supplies | $ 25.15 | $ 10.69 | $ 14.46 | 135% | | | | | | $ 50.00 | $ (24.85) |
| 5310 | Postage Expense | $ 10.00 | $ - | $ 10.00 | 100% | | | | | | $ 10.00 | $ - |
| 5340 | Bank Service Charges | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5360 | Dues & Subscriptions | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5390 | Telephone Expense | $ 270.00 | $ 245.00 | $ 25.00 | 10% | | | | | | $ 275.00 | $ (5.00) |
| 5410 | Utilities | $ 2,228.64 | $ 3,270.16 | $ (1,041.52) | -32% | | | | | | $ 3,700.00 | $ (1,471.36) |
| 5420 | Janitorial | $ - | $ 460.00 | $ (460.00) | -100% | | | | | | $ 50.00 | $ (50.00) |
| 5460 | Repairs & Maint. Equipment | $ 572.00 | $ - | $ 572.00 | 100% | | | | | | $ 100.00 | $ 472.00 |
| 5510 | Trash Hauling | $ 285.00 | $ 220.00 | $ 65.00 | 30% | | | | | | $ 250.00 | $ 35.00 |
| 5520 | Rent Expense | $ 7,000.00 | $ 3,673.44 | $ 3,326.56 | 91% | | | | | | $ 7,000.00 | $ - |
| 5530 | Outside Services | $ - | $ 474.00 | $ (474.00) | -100% | | | | | | $ 50.00 | $ (50.00) |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5580 | License & Permits | $ - | $ 576.86 | $ (576.86) | -100% | | | | | | $ - | $ - |
| 5600 | Vehicle Expense | $ - | $ - | $ - | 0% | | | | | | $ 50.00 | $ (50.00) |
| 6560 | Payroll Charges | $ 44.80 | $ 87.80 | $ (43.00) | -49% | | | | | | $ 100.00 | $ (55.20) |
| | Total Expenses | $ 17,806.77 | $ 17,963.24 | $ (156.47) | -1% | | | | | | $20,435.00 | $ (2,628.23) |
| | Net Income | $ (1,670.61) | $ (9,750.82) | $ 8,080.21 | -83% | | | | | | $ (3,885.00) | $ 2,214.39 |
| | | -10% | -119% | | | | | | | | -23% | |

| Account Number | Income | July 2010 | July 2009 | Difference 10 vs 09 | | | | | | | July Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 12,412.00 | $ 11,476.00 | $ 936.00 | 8% | | | | | | | |
| 4020 | Arcade | $ 501.00 | $ 670.00 | $ (169.00) | -25% | | | | | | | |
| 4030 | League Bowling | $ 2,206.00 | $ 2,521.00 | $ (315.00) | -12% | | | | | | | |
| 4040 | Rental Income | $ 336.00 | $ 1,006.00 | $ (670.00) | -67% | | | | | | | |
| 4050 | Food Sales | $ 4,040.29 | $ 4,840.53 | $ (800.24) | -17% | | | | | | | |
| 4060 | Beer Sales | $ 3,786.00 | $ 3,336.00 | $ 450.00 | 13% | | | | | | | |
| 4065 | Liquor Sales | $ 1,781.00 | $ 1,259.00 | $ 522.00 | 41% | | | | | | | |
| 4070 | Pro Shop | $ 66.90 | $ 75.00 | $ (8.10) | -11% | | | | | | | |
| | Total | $ 25,129.19 | $ 25,183.53 | $ (54.34) | 0% | | | | | | $ 22,000.00 | $ 3,129.19 |

| Account Number | Expenses | July 2010 | July 2009 | Difference 10 vs 09 | | Jul-10 Income vs Expense | Jul-09 Income vs Expense | 2010 Profit Margin | 2009 Profit Margin | | July Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 282.30 | $ 224.96 | $ 57.34 | 25% | | | | | | $ 300.00 | $ (17.70) |
| 4300 | Purchases Food | $ 3,206.79 | $ 3,658.56 | $ (451.77) | -12% | $ 833.50 | $ 1,181.97 | 26% | 32% | | $ 3,000.00 | $ 206.79 |
| 4310 | Purchases Beer | $ 912.30 | $ 1,519.29 | $ (606.99) | -40% | $ 2,873.70 | $ 1,816.71 | 315% | 120% | | $ 1,000.00 | $ (87.70) |
| 4320 | Purchases Liquor | $ 412.99 | $ 915.18 | $ (502.19) | -55% | $ 1,368.01 | $ 343.82 | 331% | 38% | | $ 200.00 | $ 212.99 |
| 4330 | Purchases Merchandise | $ - | $ 3,276.85 | $ (3,276.85) | -100% | $ 66.90 | $ (3,201.85) | 100% | -98% | | $ 100.00 | $ (100.00) |
| 4350 | Bar Supplies | $ 42.00 | $ 115.00 | $ (73.00) | -63% | | | | | | $ 50.00 | $ (8.00) |
| 4360 | Bowling Supplies | $ - | $ - | $ - | 0% | | | | | | $ 50.00 | $ (50.00) |
| 4380 | Purchases Soda | $ 400.46 | $ 641.53 | $ (241.07) | -38% | | | | | | $ 750.00 | $ (349.54) |
| | Total Cost of Goods Sold | $ 5,256.84 | $ 10,351.37 | $ (5,094.53) | -49% | | | | | | $ 5,450.00 | $ (193.16) |
| | Gross Profit | $ 19,872.35 | $ 14,832.16 | $ 5,040.19 | 34% | | | | | | $ 16,550.00 | $ 3,322.35 |
| 5000 | Advertising | $ 100.00 | $ 300.00 | $ (200.00) | -67% | | | | | | $ 100.00 | $ - |
| 5010 | Customer Promotion | $ - | $ 150.00 | $ (150.00) | -100% | | | | | | $ - | $ - |
| 5020 | Charitable Contributions | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5150 | Credit Card Charges | $ 76.02 | $ 75.12 | $ 0.90 | 1% | | | | | | $ 150.00 | $ (73.98) |
| 5210 | Payroll | $ 4,424.60 | $ 6,385.87 | $ (1,961.27) | -31% | | | | | | $ 5,900.00 | $ (1,475.40) |
| 5230 | Payroll Taxes | $ 1,398.39 | $ 2,374.50 | $ (976.11) | -41% | | | | | | $ 2,100.00 | $ (701.61) |
| 5240 | Employee Deductions | $ 473.86 | $ 2,439.50 | $ (1,965.64) | -81% | | | | | | $ 500.00 | $ (26.14) |
| 5300 | Office Supplies | $ 89.71 | $ - | $ 89.71 | 100% | | | | | | $ 50.00 | $ 39.71 |
| 5310 | Postage Expense | $ 10.00 | $ - | $ 10.00 | 100% | | | | | | $ 10.00 | $ - |
| 5340 | Bank Service Charges | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5360 | Dues & Subscriptions | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5390 | Telephone Expense | $ 275.00 | $ 243.00 | $ 32.00 | 13% | | | | | | $ 275.00 | $ - |
| 5410 | Utilities | $ 2,880.00 | $ 3,270.16 | $ (390.16) | -12% | | | | | | $ 3,700.00 | $ (820.00) |
| 5420 | Janitorial | $ - | $ 41.99 | $ (41.99) | -100% | | | | | | $ 50.00 | $ (50.00) |
| 5460 | Repairs & Maint. Equipment | $ 1,455.00 | $ 700.00 | $ 755.00 | 108% | | | | | | $ 100.00 | $ 1,355.00 |
| 5500 | Small Tools Expense | $ - | $ 50.00 | $ - | -100% | | | | | | $ - | $ - |
| 5510 | Trash Hauling | $ 285.00 | $ 225.00 | $ 60.00 | 27% | | | | | | $ 250.00 | $ 35.00 |
| 5520 | Rent Expense | $ 7,000.00 | $ 3,673.44 | $ 3,326.56 | 91% | | | | | | $ 7,000.00 | $ - |
| 5530 | Outside Services | $ - | $ 235.00 | $ (235.00) | -100% | | | | | | $ 50.00 | $ (50.00) |
| 5560 | Insurance General | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | 0% | | | | | | $ - | $ - |
| 5585 | U.S. Trustee Fee | $ 975.65 | $ - | $ 975.65 | 100% | | | | | | $ - | $ 975.65 |
| 5600 | Vehicle Expense | $ - | $ 100.05 | $ (100.05) | -100% | | | | | | $ 50.00 | $ (50.00) |
| 6560 | Payroll Charges | $ 77.14 | $ 87.80 | $ (10.66) | -12% | | | | | | $ 100.00 | $ (22.86) |
| | Total Expenses | $ 19,420.37 | $ 20,051.43 | $ (631.06) | -3% | | | | | | $ 20,385.00 | $ (964.63) |
| | Net Income | $ 451.98 | $ (5,219.27) | $ 5,671.25 | | | | | | | $ (3,835.00) | $ 4,286.98 |
| | | 2% | -35% | | | | | | | | -23% | |

| Account Number | Income | August 2010 | August 2009 | Difference 10 vs. 09 | | August Budget | Difference |
|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 12,375.00 | $ 10,771.00 | $ 1,604.00 | 15% | | |
| 4020 | Arcade | $ 231.00 | $ 496.00 | $ (265.00) | -53% | | |
| 4030 | League Bowling | $ 3,092.00 | $ 3,202.12 | $ (110.12) | -3% | | |
| 4040 | Rental Income | $ 313.00 | $ 1,362.12 | $ (1,049.12) | -77% | | |
| 4050 | Food Sales | $ 4,537.79 | $ 5,243.15 | $ (705.36) | -13% | | |
| 4060 | Beer Sales | $ 5,010.00 | $ 5,558.00 | $ (548.00) | -10% | | |
| 4065 | Liquor Sales | $ 1,672.00 | $ 1,201.09 | $ 470.91 | 39% | | |
| 4070 | Pro Shop | $ 1,346.54 | $ 1,031.39 | $ 315.15 | 31% | | |
| | Total | $ 28,577.33 | $ 28,864.87 | $ (287.54) | -1% | $ 27,000.00 | $ 1,577.33 |

| | Expenses | August 2010 | August 2009 | Difference 09 vs. 08 | | Aug-10 Income vs Expense | Aug-09 Income vs Expense | 2010 Profit Margin | 2009 Profit Margin | August Budget | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 306.62 | $ 200.98 | $ 105.64 | 53% | | | | | $ 350.00 | $ (43.38) |
| 4300 | Purchases Food | $ 1,861.59 | $ 3,721.37 | $ (1,859.78) | -50% | $ 2,676.20 | $ 1,521.78 | 144% | 41% | $ 3,200.00 | $ (1,338.41) |
| 4310 | Purchases Beer | $ 1,235.75 | $ 2,066.77 | $ (831.02) | -40% | $ 3,774.25 | $ 3,491.23 | 305% | 169% | $ 2,000.00 | $ (764.25) |
| 4320 | Purchases Liquor | $ 654.26 | $ 115.13 | $ 539.13 | 468% | $ 1,017.74 | $ 1,085.96 | 156% | 943% | $ 400.00 | $ 254.26 |
| 4330 | Purchases Merchandise | $ - | $ 3,400.00 | $ (3,400.00) | -100% | $ 1,346.54 | $ (2,368.61) | 100% | -70% | $ 100.00 | $ (100.00) |
| 4350 | Bar Supplies | $ - | $ 231.00 | $ (231.00) | -100% | | | | | $ 50.00 | $ (50.00) |
| 4360 | Bowling Supplies | $ - | $ - | $ - | 0% | | | | | $ 50.00 | $ (50.00) |
| 4380 | Purchases Soda | $ 166.39 | $ 939.93 | $ (773.54) | -82% | | | | | $ 1,000.00 | $ (833.61) |
| | Total Cost of Goods Sold | $ 4,224.61 | $ 10,675.18 | $ (6,450.57) | -60% | | | | | $ 7,150.00 | $ (2,925.39) |
| | Gross Profit | $ 24,352.72 | $ 18,189.69 | $ 6,163.03 | 34% | | | | | $19,850.00 | $ 4,502.72 |
| 5000 | Advertising & Marketing | $ 300.00 | $ 150.00 | $ 150.00 | 100% | | | | | $ 100.00 | $ 200.00 |
| 5010 | Customer Promotion | $ - | $ 750.00 | $ (750.00) | -100% | | | | | $ - | $ - |
| 5020 | Charitable Contributions | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5150 | Credit Card Charges | $ 115.57 | $ - | $ 115.57 | 100% | | | | | $ 150.00 | $ (34.43) |
| 5210 | Payroll | $ 5,058.35 | $ 9,176.56 | $ (4,118.21) | -45% | | | | | $ 6,900.00 | $ (1,841.65) |
| 5230 | Payroll Taxes | $ 1,799.54 | $ 2,764.92 | $ (965.38) | -35% | | | | | $ 2,300.00 | $ (500.46) |
| 5240 | Payroll Deductions | $ 473.86 | $ - | $ 473.86 | 100% | | | | | $ 500.00 | $ (26.14) |
| 5300 | Office Supplies | $ 69.50 | $ - | $ 69.50 | 100% | | | | | $ 50.00 | $ 19.50 |
| 5310 | Postage Expense | $ 8.80 | $ - | $ 8.80 | 100% | | | | | $ 10.00 | $ (1.20) |
| 5340 | Bank Service Charges | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5360 | Dues & Subscriptions | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5390 | Telephone Expense | $ 275.00 | $ 243.00 | $ 32.00 | 13% | | | | | $ 275.00 | $ - |
| 5410 | Utilities | $ 3,900.00 | $ 3,193.00 | $ 707.00 | 22% | | | | | $ 3,700.00 | $ 200.00 |
| 5420 | Janitorial | $ - | $ - | $ - | 0% | | | | | $ 50.00 | $ (50.00) |
| 5460 | Repairs & Maint. Equipment | $ 512.89 | $ 260.00 | $ 252.89 | 97% | | | | | $ 100.00 | $ 412.89 |
| 5500 | Small Tools Expense | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5510 | Trash Hauling | $ 280.00 | $ 225.00 | $ 55.00 | 24% | | | | | $ 250.00 | $ 30.00 |
| 5520 | Rent Expense | $ 9,000.00 | $ 3,673.44 | $ 5,326.56 | 145% | | | | | $ 9,000.00 | $ - |
| 5530 | Outside Services | $ - | $ 590.00 | $ (590.00) | -100% | | | | | $ 50.00 | $ (50.00) |
| 5560 | Insurance General | $ - | $ 800.00 | $ (800.00) | -100% | | | | | $ - | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5580 | License & Permits | $ 1,000.00 | $ - | $ 1,000.00 | 100% | | | | | $ - | $ 1,000.00 |
| 5585 | U.S. Trustee Fee | $ - | $ - | $ - | 0% | | | | | $ - | $ - |
| 5590 | Property Taxes | $ 1,245.90 | $ - | $ 1,245.90 | 100% | | | | | $ - | $ 1,245.90 |
| 5600 | Travel | $ - | $ - | $ - | 0% | | | | | $ 50.00 | $ (50.00) |
| 6560 | Payroll Charges | $ 98.90 | $ 87.80 | $ 11.10 | 13% | | | | | $ 100.00 | $ (1.10) |
| | Total Expenses | $ 24,138.31 | $ 21,913.72 | $ 2,224.59 | 10% | | | | | $23,585.00 | $ 553.31 |
| | Net Income | $ 214.41 | $ (3,724.03) | $ 3,938.44 | -106% | | | | | $ (3,735.00) | $ 3,949.41 |
| | | 1% | -20% | | | | | | | -19% | |

| Account Number | Income | April - August 2010 Actual Totals | April - August 2009 Actual Totals | April - August 2010 Budget | April - August Actual vs. Budget |
|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 58,839.00 | $ 50,908.00 | | |
| 4020 | Arcade | $ 2,432.00 | $ 2,395.00 | | |
| 4030 | League Bowling | $ 22,544.00 | $ 25,323.29 | | |
| 4040 | Shoe Rental | $ 1,697.00 | $ 4,821.12 | | |
| 4050 | Food Sales | $ 21,561.60 | $ 26,276.68 | | |
| 4060 | Beer Sales | $ 24,476.00 | $ 27,082.00 | | |
| 4065 | Liquor Sales | $ 11,591.00 | $ 10,696.09 | | |
| 4070 | Merchandise | $ 7,694.24 | $ 6,183.31 | | |
| | Total | $ 150,834.84 | $ 153,685.49 | $ 143,000.00 | $ 7,834.84 |
| | **Expenses** | | | | |
| 2150 | Sales Tax Payable | $ 1,700.53 | $ 1,481.26 | $ 1,740.00 | $ (39.47) |
| 4300 | Purchases Food | $ 14,020.11 | $ 21,362.40 | $ 18,800.00 | $ (4,779.89) |
| 4310 | Purchases Beer | $ 7,118.19 | $ 10,499.98 | $ 9,500.00 | $ (2,381.81) |
| 4320 | Purchases Liquor | $ 3,155.11 | $ 3,530.83 | $ 3,400.00 | $ (244.89) |
| 4330 | Purchases Merchandise | $ 4,961.65 | $ 19,982.63 | $ 1,800.00 | $ 3,161.65 |
| 4350 | Bar Supplies | $ 232.00 | $ 831.00 | $ 350.00 | $ (118.00) |
| 4360 | Bowling Supplies | $ 114.76 | $ - | $ 250.00 | $ (135.24) |
| 4380 | Purchases Soda | $ 3,315.06 | $ 4,568.95 | $ 4,300.00 | $ (984.94) |
| | Total Cost of Goods Sold | $ 34,617.41 | $ 62,257.05 | $ 40,140.00 | $ (5,522.59) |
| | Gross Profit | $ 116,217.43 | $ 91,428.44 | $ 102,860.00 | $ 13,357.43 |
| 5000 | Advertising & Marketing | $ 1,000.00 | $ 812.50 | $ 900.00 | $ 100.00 |
| 5010 | Customer Promotion | $ - | $ 922.00 | $ 100.00 | $ (100.00) |
| 5020 | Charitable Contributions | $ - | $ 97.79 | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ 62.00 | $ - | $ - |
| 5150 | Credit Card Charges | $ 714.60 | $ 936.92 | $ 1,300.00 | $ (585.40) |
| 5210 | Payroll | $ 32,529.07 | $ 39,543.21 | $ 38,500.00 | $ (5,970.93) |
| 5230 | Payroll Taxes | $ 10,250.81 | $ 14,227.30 | $ 12,600.00 | $ (2,349.19) |
| 5240 | Payroll Deductions | $ 2,369.30 | $ 3,917.50 | $ 2,500.00 | $ (130.70) |
| 5300 | Office Supplies | $ 241.05 | $ 353.60 | $ 250.00 | $ (8.95) |
| 5310 | Postage Expense | $ 41.63 | $ 28.89 | $ 50.00 | $ (8.37) |
| 5340 | Bank Service Charges | $ - | $ 42.18 | $ - | $ - |
| 5360 | Dues & Subscriptions | $ 149.70 | $ 604.00 | $ - | $ 149.70 |
| 5390 | Telephone Expense | $ 1,305.44 | $ 1,226.00 | $ 1,375.00 | $ (69.56) |
| 5410 | Utilities | $ 15,965.07 | $ 18,156.48 | $ 19,000.00 | $ (3,034.93) |
| 5420 | Janitorial | $ 61.00 | $ 1,090.82 | $ 250.00 | $ (189.00) |
| 5460 | Repairs & Maint. Equipment | $ 2,539.89 | $ 960.00 | $ 700.00 | $ 1,839.89 |
| 5500 | Small Tools Expense | $ - | $ 50.00 | $ - | $ - |
| 5510 | Trash Hauling | $ 1,410.00 | $ 1,125.00 | $ 1,250.00 | $ 160.00 |
| 5520 | Rent Expense | $ 45,000.00 | $ 37,296.59 | $ 45,000.00 | $ - |
| 5530 | Outside Services | $ - | $ 1,463.00 | $ 250.00 | $ (250.00) |
| 5560 | Insurance General | $ - | $ 800.00 | $ - | $ - |
| 5570 | Legal and Accounting | $ - | $ 111.66 | $ - | $ - |
| 5580 | License & Permits | $ 1,099.00 | $ 576.86 | $ - | $ 1,099.00 |
| 5585 | U.S. Trustee Fee | $ 1,300.65 | $ - | $ - | $ 1,300.65 |
| 5590 | Property Taxes | $ 1,245.90 | $ - | $ - | $ 1,245.90 |
| 5600 | Vehicle Expense | $ - | $ 165.92 | $ 250.00 | $ (250.00) |
| 6560 | Payroll Charges | $ 418.64 | $ 442.70 | $ 500.00 | $ (81.36) |
| | Total Expenses | $ 117,641.75 | $ 124,230.63 | $ 124,775.00 | $ (7,133.25) |
| | Net Income | $ (1,424.32) | $ (32,802.19) | $ (21,915.00) | $ 20,490.68 |
| | | -1% | -36% | -21% | |

| Account Number | Income | September 2009 | October 2009 | November 2009 | December 2009 | September Budget | October Budget | November Budget | December Budget |
|---|---|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 5,467.00 | $ 13,161.00 | $ 12,928.00 | $ 15,667.00 | $ 6,000.00 | $12,000.00 | $12,000.00 | $13,000.00 |
| 4020 | Arcade | $ 232.00 | $ 250.00 | $ 400.00 | $ 800.00 | $ 300.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| 4030 | League Bowling | $ 14,438.00 | $ 17,769.00 | $ 15,956.00 | $ 17,942.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| 4040 | Rental Income | $ 1,226.00 | $ 1,141.00 | $ 1,198.00 | $ 1,263.00 | $ 600.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| 4050 | Food Sales | $ 7,259.00 | $ 8,641.00 | $ 9,213.33 | $ 8,392.58 | $ 7,500.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 |
| 4060 | Beer Sales | $ 9,636.00 | $ 11,966.00 | $ 9,760.00 | $ 10,050.00 | $ 9,500.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| 4065 | Liquor Sales | $ 2,707.00 | $ 4,459.00 | $ 4,819.00 | $ 4,805.00 | $ 3,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |
| 4070 | Pro Shop | $ 1,466.12 | $ 2,669.00 | $ 265.23 | $ 2,215.00 | $ 1,600.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| | Total | $ 42,431.12 | $ 60,056.00 | $ 54,539.56 | $ 61,134.58 | $45,000.00 | $53,400.00 | $53,400.00 | $54,400.00 |

| Account Number | Expenses | September 2009 | October 2009 | November 2009 | November 2009 | September Budget | October Budget | November Budget | December Budget |
|---|---|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 204.12 | $ 304.87 | $ 433.30 | $ 517.62 | $ 375.00 | $ 400.00 | $ 450.00 | $ 450.00 |
| 4300 | Purchases Food | $ 7,504.09 | $ 6,498.34 | $ 5,076.80 | $ 5,548.75 | $ 4,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| 4310 | Purchases Beer | $ 4,072.64 | $ 3,892.05 | $ 3,979.08 | $ 4,217.28 | $ 3,000.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| 4320 | Purchases Liquor | $ 2,594.94 | $ 2,437.13 | $ 2,437.36 | $ 2,275.54 | $ 1,500.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| 4330 | Purchases Merchandise | $ 1,000.00 | $ 2,919.05 | $ 3,000.00 | $ 1,789.45 | $ 500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| 4350 | Bar Supplies | $ 588.09 | $ 167.48 | $ 443.92 | $ 252.20 | $ 100.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| 4360 | Bowling Supplies | $ - | $ 748.76 | $ - | $ - | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| 4380 | Purchases Soda | $ 900.56 | $ 1,057.04 | $ 857.64 | $ 1,198.48 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| | Total Cost of Goods Sold | $ 16,864.44 | $ 18,024.72 | $ 16,228.10 | $ 15,799.32 | $10,575.00 | $15,100.00 | $15,150.00 | $15,150.00 |
| | Gross Profit | $ 25,566.68 | $ 42,031.28 | $ 38,311.46 | $ 45,335.26 | $34,425.00 | $38,300.00 | $38,250.00 | $39,250.00 |
| 5000 | Advertising & Marketing | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| 5010 | Customer Promotion | $ 141.00 | $ 300.00 | $ 372.31 | $ 45.05 | $ 50.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| 5020 | Charitable Contributions | $ - | $ - | $ 46.00 | $ - | $ - | $ - | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | $ - | $ 150.00 | $ - | $ - | $ - |
| 5150 | Credit Card Charges | $ - | $ 454.15 | $ 247.31 | $ 305.74 | $ - | $ 400.00 | $ 400.00 | $ 400.00 |
| 5210 | Payroll | $ 8,444.94 | $ 8,783.84 | $ 11,060.67 | $ 12,072.04 | $ 9,900.00 | $ 9,900.00 | $ 9,900.00 | $ 9,900.00 |
| 5230 | Payroll Taxes | $ 2,764.92 | $ 2,973.36 | $ 3,553.03 | $ 3,681.08 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| 5240 | Payroll Deductions | $ - | $ - | $ 100.00 | $ 872.44 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 5300 | Office Supplies | $ - | $ 57.74 | $ 109.71 | $ 41.15 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 |
| 5310 | Postage Expense | $ - | $ 97.32 | $ - | $ - | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| 5340 | Bank Service Charges | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5360 | Dues & Subscriptions | $ 210.00 | $ 550.00 | $ - | $ - | $ - | $ 500.00 | $ - | $ - |
| 5390 | Telephone Expense | $ 255.00 | $ 270.00 | $ 350.00 | $ 350.00 | $ 275.00 | $ 275.00 | $ 275.00 | $ 275.00 |
| 5410 | Utilities | $ 3,130.00 | $ 3,560.00 | $ 3,270.00 | $ 3,230.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 |
| 5420 | Janitorial | $ 325.00 | $ 500.00 | $ 350.00 | $ 545.00 | $ 50.00 | $ 50.00 | $ 100.00 | $ 100.00 |
| 5460 | Repairs & Maint. Equipment | $ 300.00 | $ 4,295.20 | $ 1,099.99 | $ 600.75 | $ 150.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| 5500 | Small Tools Expense | $ 450.00 | $ - | $ 600.00 | $ 155.00 | $ - | $ 100.00 | $ 100.00 | $ 100.00 |
| 5510 | Trash Hauling | $ 490.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 280.00 | $ 280.00 | $ 280.00 |
| 5520 | Rent Expense | $ 3,673.44 | $ - | $ - | $ - | $13,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| 5530 | Outside Services | $ 582.78 | $ 191.00 | $ 348.00 | $ 288.85 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 |
| 5560 | Insurance General | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5570 | Legal and Accounting | $ 100.00 | $ - | $ - | $ 3,500.00 | $ - | $ - | $ - | $ - |
| 5580 | License & Permits | $ 1,635.00 | $ 585.00 | $ - | $ 235.00 | $ 1,700.00 | $ 500.00 | $ - | $ - |
| 5585 | U.S. Trustee Fee | $ - | $ - | $ - | $ - | $ - | $ 1,100.00 | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5600 | Travel | $ - | $ 47.85 | $ - | $ - | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 |
| 6560 | Payroll Charges | $ 87.80 | $ 78.35 | $ 80.40 | $ 103.65 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Total Expenses | $ 22,889.88 | $ 23,293.81 | $ 22,137.42 | $ 26,575.75 | $33,585.00 | $37,465.00 | $35,415.00 | $35,415.00 |
| | Net Income | $ 2,676.80 | $ 18,737.47 | $ 16,174.04 | $ 18,759.51 | $ 840.00 | $ 835.00 | $ 2,835.00 | $ 3,835.00 |
| | | 10% | 45% | 42% | 41% | 2% | 2% | 7% | 10% |

| Account Number | Income | 4 Month Total 2009 | 4 Month Total Budget | September 2010 | Difference Sept vs Budget |
|---|---|---|---|---|---|
| 4000 | Open Bowling | $ 47,223.00 | $ 43,000.00 | $ 3,423.00 | $ (2,577.00) |
| 4020 | Arcade | $ 1,682.00 | $ 1,500.00 | $ 191.00 | $ (109.00) |
| 4030 | League Bowling | $ 66,105.00 | $ 66,000.00 | $ 5,092.00 | $ (11,408.00) |
| 4040 | Rental Income | $ 4,828.00 | $ 3,600.00 | $ 165.00 | $ (435.00) |
| 4050 | Food Sales | $ 33,505.91 | $ 31,500.00 | $ 1,892.27 | $ (5,607.73) |
| 4060 | Beer Sales | $ 41,412.00 | $ 39,500.00 | $ 3,114.00 | $ (6,386.00) |
| 4065 | Liquor Sales | $ 16,790.00 | $ 15,000.00 | $ 915.00 | $ (2,085.00) |
| 4070 | Pro Shop | $ 6,615.35 | $ 6,100.00 | $ 648.14 | $ (951.86) |
| | Total | $ 218,161.26 | $ 206,200.00 | $ 15,440.41 | $ (29,559.59) |

| | Expenses | September 2010 | | September 2010 | Difference Sept vs Budget |
|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $ 1,459.91 | $ 1,675.00 | $ - | $ (375.00) |
| 4300 | Purchases Food | $ 24,627.98 | $ 22,000.00 | $ 976.97 | $ (3,023.03) |
| 4310 | Purchases Beer | $ 16,161.05 | $ 13,500.00 | $ 1,083.40 | $ (1,916.60) |
| 4320 | Purchases Liquor | $ 9,744.97 | $ 8,700.00 | $ 277.12 | $ (1,222.88) |
| 4330 | Purchases Merchandise | $ 8,708.50 | $ 5,000.00 | $ - | $ (500.00) |
| 4350 | Bar Supplies | $ 1,451.69 | $ 700.00 | $ 181.28 | $ 81.28 |
| 4360 | Bowling Supplies | $ 748.76 | $ 400.00 | $ - | $ (100.00) |
| 4380 | Purchases Soda | $ 4,013.72 | $ 4,000.00 | $ 320.97 | $ (679.03) |
| | Total Cost of Goods Sold | $ 66,916.58 | $ 55,975.00 | $ 2,839.74 | $ (7,735.26) |
| | Gross Profit | $ 151,244.68 | $ 150,225.00 | $ 12,600.67 | $ (21,824.33) |
| | | | | | |
| 5000 | Advertising & Marketing | $ 1,200.00 | $ 1,200.00 | $ - | $ (300.00) |
| 5010 | Customer Promotion | $ 858.36 | $ 950.00 | $ - | $ (50.00) |
| 5020 | Charitable Contributions | $ 46.00 | $ - | $ - | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | $ - |
| 5150 | Credit Card Charges | $ 1,007.20 | $ 1,350.00 | $ - | $ (150.00) |
| 5210 | Payroll | $ 40,361.49 | $ 39,600.00 | $ 2,447.28 | $ (7,452.72) |
| 5230 | Payroll Taxes | $ 12,972.39 | $ 13,200.00 | $ 870.97 | $ (2,429.03) |
| 5240 | Payroll Deductions | $ 972.44 | $ 2,000.00 | $ - | $ (500.00) |
| 5300 | Office Supplies | $ 208.60 | $ 200.00 | $ - | $ (50.00) |
| 5310 | Postage Expense | $ 97.32 | $ 40.00 | $ - | $ (10.00) |
| 5340 | Bank Service Charges | $ - | $ - | $ - | $ - |
| 5360 | Dues & Subscriptions | $ 760.00 | $ 500.00 | $ - | $ - |
| 5390 | Telephone Expense | $ 1,225.00 | $ 1,100.00 | $ 275.00 | $ - |
| 5410 | Utilities | $ 13,190.00 | $ 14,800.00 | $ 150.00 | $ (3,550.00) |
| 5420 | Janitorial | $ 1,720.00 | $ 300.00 | $ 160.00 | $ 110.00 |
| 5460 | Repairs & Maint. Equipment | $ 6,295.94 | $ 3,150.00 | $ - | $ (150.00) |
| 5500 | Small Tools Expense | $ 1,205.00 | $ 300.00 | $ - | $ - |
| 5510 | Trash Hauling | $ 1,240.00 | $ 1,090.00 | $ - | $ (250.00) |
| 5520 | Rent Expense | $ 3,673.44 | $ 58,000.00 | $ - | $ (13,000.00) |
| 5530 | Outside Services | $ 1,410.63 | $ 200.00 | $ - | $ (50.00) |
| 5560 | Insurance General | $ - | $ - | $ - | $ - |
| 5570 | Legal and Accounting | $ 3,600.00 | $ - | $ - | $ - |
| 5580 | License & Permits | $ 2,455.00 | $ 2,200.00 | $ - | $ (1,700.00) |
| 5585 | U.S. Trustee Fee | $ - | $ 1,100.00 | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | $ - |
| 5600 | Travel | $ 47.85 | $ 200.00 | $ - | $ (50.00) |
| 6560 | Payroll Charges | $ 350.20 | $ 400.00 | $ 44.33 | $ (55.67) |
| | Total Expenses | $ 94,896.86 | $ 141,880.00 | $ 3,947.58 | $ (29,637.42) |
| | Net Income | $ 56,347.82 | $ 8,345.00 | $ 8,653.09 | $ 7,813.09 |
| | | 37% | 6% | 69% | |