B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Arnie's Bowling + Recreation Center Inc.**
      Debtor

Case No. **10-30914**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **November 2010**      Date filed: **3-10-2010**

Line of Business: **Bowling Center**      NAISC Code: **713950**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Todd Apfel_
Original Signature of Responsible Party

**Todd Apfel**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 53,248.57

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 6,561.36

Cash on Hand at End of Month  $ 7,751.67

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ 7,751.67

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 52,058.26

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 53,248.57

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 52,058.26

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 1,190.31

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  14

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  12

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 53,400.00 | $ 53,248.57 | $ −151.43 |
| EXPENSES | $ 50,565.00 | $ 52,058.26 | $ 1,493.26 |
| CASH PROFIT | $ 2,835.00 | $ 1,190.31 | $ −1,644.69 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 53,400.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 50,565.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 2,835.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

OFFICE OF THE U. S. TRUSTEE    REGION 10

Exhibit A

## Post Petition Taxes Record

Case Name: ARNIE'S Bowling + Recreation Centers, Inc.

Case Number: 10-30914

Month / Year: November 2010

| | Current Month Taxes | Amount Paid | Balance Due | Post Petition Taxes YTD | Post Petition Paid YTD | Post Petition Unpaid YTD |
|---|---|---|---|---|---|---|
| Federal Employment Taxes (form 941) | 1,612.32 | 1,612.32 | 0 | 7,332.36 | 7,332.36 | 0 |
| Federal Unemploymnet Taxes (form 940) | 87.55 | 87.55 | 0 | 349.38 | 349.35 | 0 |
| State Withholding Taxes | 690.22 | 690.22 | 0 | 2,586.73 | 2,586.73 | 0 |
| State Unemployment Taxes | 681.01 | 681.01 | 0 | 2,460.02 | 2,460.02 | 0 |
| State Sales Tax | 453.01 | 453.01 | 0 | 3,295.30 | 3,295.30 | 0 |
| TOTAL | 3,524.11 | 3,524.11 | 0 | 16,023.57 | 16,023.57 | 0 |

OFFICE OF THE U.S. TRUSTEE   REGION 10

**EXHIBITS B AND C**   Cash Flow of Income and Expenses Paid

Case Name ARNIE'S BOWLING & RECREATION CENTER, INC.
Case Number: 10-30914

STATEMENT OF CASH FLOW
Month/Year (e.g. Jun 08) NOVEMBER 2010   Beginning Cash   6,561.36

**CASH RECEIPTS**
    Cash Receipts/Sales   SEE ATTACHED   53,248.57
    Collection Pre-Petition A/R
    Collection Post-Petition A/R
    Loans
    Contributions of Capital
    Other (Describe)
    TOTAL RECEIPTS   53,248.57

**CASH DISBURSEMENTS**
    Inventory Purchases
    Net to Officers/Owners
    Net to Other Employees
    Rent Payments
    Lease Payments
    Mortgage Payments
    Adequate Protection Payments
    Insurance
    Utilities/Phone
    Tax Payments
    Supplies
    Outside Labor
    Travel/Entertainment
    Payment to Attorneys
    Payment to Accountants
    Payment to Other Prof.
    U.S. Trustee Quarterly Fee
    Other Expenses (Describe)
    TOTAL DISBURSEMENTS   52,058.26

NET CASH FLOW   1,190.31

ADJUSTMENT

ENDING CASH BALANCE   7,751.67

Bank Statement Withdrawals   26,651.44
Bank Statement ending Balance   2,669.20

**PROFIT & LOSS STATEMENT**
    Gross Receipts or Sales   53,248.57
    Cost of Goods Sold   14,407.15
    Other Income
    TOTAL INCOME   38,841.42
    TOTAL EXPENSES   37,651.11
    NET PROFIT(LOSS)   1,190.31

| Account Number | Income | November 2010 | November 2009 | Difference 10 vs. 09 | | November Budget |
|---|---|---:|---:|---:|---:|---:|
| 4000 | Open Bowling | $ 14,487.00 | $ 10,128.00 | $ 4,359.00 | 43% | $ 12,000.00 |
| 4020 | Arcade | $ 525.00 | $ 400.00 | $ 125.00 | 31% | $ 400.00 |
| 4030 | League Bowling | $ 14,450.56 | $ 15,956.00 | | | $ 16,500.00 |
| 4040 | Rental Income | $ 485.00 | $ 1,198.00 | | | $ 1,000.00 |
| 4050 | Food Sales | $ 8,457.56 | $ 9,213.23 | | | $ 8,000.00 |
| 4060 | Beer Sales | $ 9,112.00 | $ 8,760.00 | $ 352.00 | 4% | $ 10,000.00 |
| 4065 | Liquor Sales | $ 4,424.00 | $ 4,819.00 | | | $ 4,000.00 |
| 4070 | Merchandise | $ 1,307.45 | $ 265.23 | $ 1,042.22 | 393% | $ 1,500.00 |
| | Total | $ 53,248.57 | $ 50,739.46 | $ 2,509.11 | 5% | $ 53,400.00 |

| | Expenses | November 2010 | November 2009 | Difference 10 vs. 09 | | |
|---|---|---:|---:|---:|---:|---:|
| 2150 | Sales Tax Payable | $ 453.01 | $ 433.30 | | | $ 400.00 |
| 4300 | Purchases Food | $ 4,727.15 | $ 5,076.80 | $ (349.65) | -7% | $ 6,000.00 |
| 4310 | Purchases Beer | $ 3,534.40 | $ 3,979.08 | $ (444.68) | -11% | $ 3,500.00 |
| 4320 | Purchases Liquor | $ 2,138.20 | $ 2,437.36 | $ (299.16) | -12% | $ 2,400.00 |
| 4330 | Purchases Merchandise | $ 2,615.00 | $ 3,000.00 | $ (385.00) | -13% | $ 1,500.00 |
| 4350 | Bar Supplies | $ 88.00 | $ 443.92 | $ (355.92) | -80% | $ 200.00 |
| 4360 | Bowling Supplies | $ - | $ - | $ - | 0% | $ 100.00 |
| 4380 | Purchases Soda | $ 851.39 | $ 857.64 | $ (6.25) | -1% | $ 1,000.00 |
| | Total Cost of Goods Sold | $ 14,407.15 | $ 16,228.10 | $ (1,820.95) | -11% | $ 15,100.00 |
| | Gross Profit | $ 38,841.42 | $ 34,511.36 | $ 4,330.06 | 13% | $ 38,300.00 |
| 5000 | Advertising & Marketing | $ 300.00 | $ - | | | $ 300.00 |
| 5010 | Customer Promotion | $ 192.72 | $ 372.31 | $ (179.59) | -48% | $ 300.00 |
| 5020 | Charitable Contributions | $ 50.00 | $ 46.00 | | | $ - |
| 5060 | Bad Check Expense | $ - | $ - | $ - | 0% | $ - |
| 5150 | Credit Card Charges | $ 324.48 | $ 247.31 | | | $ 400.00 |
| 5210 | Payroll | $ 12,421.87 | $ 14,060.67 | $ (1,638.80) | -12% | $ 12,000.00 |
| 5230 | Payroll Taxes | $ 4,763.23 | $ 5,553.03 | $ (789.80) | -14% | $ 4,800.00 |
| 5240 | Payroll Deductions | $ 473.86 | $ 100.00 | | | $ 500.00 |
| 5300 | Office Supplies | $ 92.58 | $ 109.71 | $ (17.13) | -16% | $ 50.00 |
| 5310 | Postage Expense | $ 8.80 | $ - | | | $ 10.00 |
| 5340 | Bank Service Charges | $ - | $ - | $ - | 0% | $ - |
| 5360 | Dues & Subscriptions | $ 175.00 | $ - | | | $ 500.00 |
| 5390 | Telephone Expense | $ 300.00 | $ 550.00 | $ (250.00) | -45% | $ 275.00 |
| 5410 | Utilities | $ 3,750.00 | $ 3,270.00 | | | $ 3,700.00 |
| 5420 | Janitorial | $ 250.00 | $ 350.00 | $ (100.00) | -29% | $ 50.00 |
| 5460 | Repairs & Maint. Equipment | $ 803.07 | $ 1,099.99 | $ (296.92) | -27% | $ 1,000.00 |
| 5500 | Small Tools Expense | $ 125.00 | $ 600.00 | $ (475.00) | -79% | $ 50.00 |
| 5510 | Trash Hauling | $ 280.00 | $ 250.00 | | | $ 280.00 |
| 5520 | Rent Expense | $ 13,000.00 | $ - | | | $ 13,000.00 |
| 5530 | Outside Services | $ - | $ 348.00 | $ (348.00) | -100% | $ 50.00 |
| 5560 | Insurance General | $ - | $ 971.40 | $ (971.40) | -100% | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | $ 50.00 |
| 5580 | License & Permits | $ 550.00 | $ - | | | $ - |
| 5585 | U.S. Trustee Fee | $ - | $ - | $ - | 0% | $ - |
| 5600 | Travel | $ - | $ - | $ - | 0% | $ 50.00 |
| 6560 | Payroll Charges | $ 90.50 | $ 80.40 | | | $ 100.00 |
| | Total Expenses | $ 37,651.11 | $ 28,008.82 | | | $ 37,465.00 |
| | Net Income | $ 1,190.31 | $ 6,502.54 | | | $ 835.00 |
| | | 3% | 19% | | | |

OFFICE OF THE U. S. TRUSTEE    REGION 10

## EXHIBIT D   Unpaid Bills (Since Case Filed)

Case Name: ARNIE'S Bowling + Recreation Center INC.

Case Number: 10-30914

Month / Year: e.g., Jun 08    November 2010

POST PETITION ACCOUNTS PAYABLE

| | |
|---|---|
| Less than 30 Days | Ø |
| 31- 60 Days Due | Ø |
| 61-90 Days Due | Ø |
| 90 Days and Greater Due | Ø |
| AGED ACCOUNTS PAYABLE | Ø |

## Exhibit E   Money Owed To Business

Case Name: ARNIE'S Bowling + Recreation Center, INC.

Case Number: 10-30914

MONTH / YEAR   e.g., Jun 08    November 2010

AGED RECEIVABLES

| | |
|---|---|
| PRE-PETITION | Ø |
| POST-PETITION | |
| 0 - 29 Days | Ø |
| 30 - 59 Days | Ø |
| 60 - 89 Days | Ø |
| 90 or More Days | Ø |
| | Ø |
| GRAND TOTAL RECEIVABLES | Ø |

OFFICE OF THE U.S. TRUSTEE   REGION 10

## Comparison of Actual to Budgeted Projection

Case Name: ARNIE'S Bealing & Restection    Case Number: 10-30914

CENTER INC.

| | Current Month | Budgeted for Month | Difference | Actual YTD | Budgeted YTD | Difference YTD |
|---|---|---|---|---|---|---|
| Gross Income for Month | 53,348.57 (from Cash detail) | 53,500.00 | -151.43 | 309,252.51 | 394,800.00 | 5,452.51 |
| Expenses Paid for Month | 52,058.26 (from Cash detail) | 50,565.00 | 1,493.26 | 297,936.28 | 312,305.00 | -14,368.72 |
| Net Cash Flow | 1,190.31 | 2,835.00 | -1,644.69 | 2,316.29 | -17,505.00 | 19,821.29 |
| Cash Balance End of Month | 7,751.67 | -12,069.62 | 19,821.29 | 7,751.67 | -12,069.62 | 19,821.29 |

# HORIZON BANK

```
                                      Statement Number     ▓▓▓▓▓▓
                                                  Date     10-31-10
                                                  Page            1
                                             Enclosures          64
                                                             T
```

```
          ARNIE`S BOWLING AND RECREATION CENTER IN
          DEBTOR IN POSSESSION-OPERATING
          1251 PINE LAKE AVE
          LAPORTE IN 46350
```

```
          Did you know you can pay almost anyone with online
          bill pay? It`s fast, convenient and easy to use.
          Stop by your local Horizon Bank for details or view
          a demonstration today at www.accesshorizon.com
```

==========================================================================

SUMMARY OF YOUR FREE BUSINESS CHECKING          ACCOUNT NUMBER    8584997

```
     Previous Balance      9-30-10              4,078.27
     +Deposits/Credits         63              24,642.37
     -Checks/Debits            96              26,051.44
     -Service Charge                                 .00
     Ending Balance                            2,669.20
```

---------------------- DETAIL OF CHECKS PAID ----------------------------

| CHECK   | DATE   | AMOUNT  | CHECK    | DATE   | AMOUNT  |
|---------|--------|---------|----------|--------|---------|
| 8       | 10-27  | 40.00   | 4309     | 10-11  | 2000.00 |
| 4229*   | 10-12  | 750.00  | 4310     | 10-14  | 187.87  |
| 4277*   | 10-04  | 175.76  | 4311     | 10-18  | 180.23  |
| 4278    | 10-04  | 152.12  | 4312     | 10-21  | 116.16  |
| 4279    | 10-07  | 231.53  | 4313     | 10-13  | 159.50  |
| 4282*   | 10-06  | 528.34  | 4314     | 10-18  | 108.34  |
| 4283    | 10-01  | 149.32  | 4315     | 10-15  | 182.76  |
| 4286*   | 10-01  | 150.00  | 4316     | 10-14  | 3200.00 |
| 4287    | 10-01  | 410.50  | 4317     | 10-15  | 249.86  |
| 4288    | 10-01  | 90.31   | 4318     | 10-21  | 53.50   |
| 4290*   | 10-01  | 300.00  | 4319     | 10-15  | 157.00  |
| 4291    | 10-06  | 200.00  | 4320     | 10-15  | 194.30  |
| 4292    | 10-19  | 72.00   | 4321     | 10-14  | 578.91  |
| 4293    | 10-05  | 182.76  | 4322     | 10-15  | 236.53  |
| 4294    | 10-12  | 286.92  | 4323     | 10-14  | 695.38  |
| 4295    | 10-07  | 275.00  | 4324     | 10-25  | 407.48  |
| 4296    | 10-08  | 115.00  | 4325     | 10-22  | 875.00  |
| 4297    | 10-12  | 250.00  | 4326     | 10-25  | 90.31   |
| 4298    | 10-08  | 15.70   | 4327     | 10-21  | 739.48  |
| 4300*   | 10-08  | 233.88  | 4328     | 10-25  | 152.00  |
| 4301    | 10-08  | 79.67   | 4329     | 10-22  | 350.00  |
| 4302    | 10-07  | 540.24  | 4330     | 10-25  | 322.15  |
| 4304*   | 10-12  | 350.00  | 4332*    | 10-25  | 203.76  |
| 4305    | 10-12  | 184.50  | 4333     | 10-22  | 293.93  |
| 4306    | 10-08  | 469.41  | 4334     | 10-26  | 147.83  |
| 4307    | 10-12  | 352.51  | 4335     | 10-26  | 107.47  |
| 4308    | 10-13  | 110.11  | 4340*    | 10-25  | 2000.00 |

515 Franklin Square • Michigan City, IN 46360 • 219-873-2640 • toll free 888-873-2640 • www.accesshorizon.com



```
                                        Statement Number
                                                   Date    11-30-10
                                                   Page          2

        4403 11-24        274.81        4408 11-26        589.30
        4404 11-26        453.01        4409 11-29        167.05
        4405 11-29        202.96        4410 11-30        575.00
        4406 11-26        400.65      43756*11-15        152.28
        4407 11-29        221.30

        ------------------ DETAIL OF ELECTRONIC FUNDS ACTIVITY ------------------
  DATE                    DESCRIPTION                              AMOUNT
  11-01          1305     MERCHANT SERVICE MERCH DEP              202.33
                          ARNIES BOWLING AND REC
  11-01          1305     MERCHANT SERVICE MERCH DEP              274.55
                          ARNIES BOWLING AND REC
  11-01          1305     MERCHANT SERVICE MERCH DEP               46.36
                          ARNIES BOWLING AND REC
  11-01          1305     MERCHANT SERVICE MERCH DEP              372.30
                          ARNIES BOWLING AND REC
  11-01          1305     MERCHANT SERVICE MERCH FEE               10.90-
                          ARNIES BOWLING AND REC
  11-01          1305     MERCHANT SERVICE MERCH FEE                9.38-
                          ARNIES BOWLING AND REC
  11-01          4305     MERCHANT SERVICE MERCH FEE               12.11-
                          ARNIES BOWLING AND REC
  11-02          4306     MERCHANT SERVICE MERCH DEP              171.40
                          ARNIES BOWLING AND REC
  11-02          4306     MERCHANT SERVICE MERCH DEP              204.42
                          ARNIES BOWLING AND REC
  11-02          4306     MERCHANT SERVICE MERCH FEE               13.66-
                          ARNIES BOWLING AND REC
  11-03          1307     MERCHANT SERVICE MERCH DEP              227.82
                          ARNIES BOWLING AND REC
  11-03          2307     MERCHANT SERVICE MERCH DEP              246.41
                          ARNIES BOWLING AND REC
  11-04          1308     MERCHANT SERVICE MERCH DEP               26.22
                          ARNIES BOWLING AND REC
  11-04          3308     VWH*R6118414 BO   WLI3 VERIO            149.70-
                          TODD APFEL
  11-04          4308     MERCHANT SERVICE MERCH FEE                9.89-
                          ARNIES BOWLING AND REC
  11-05          4309     MERCHANT SERVICE MERCH FEE                 .82-
                          ARNIES BOWLING AND REC
  11-08          1312     MERCHANT SERVICE MERCH DEP                6.35
                          ARNIES BOWLING AND REC
  11-08          1312     MERCHANT SERVICE MERCH DEP              245.28
                          ARNIES BOWLING AND REC
  11-08          1312     MERCHANT SERVICE MERCH DEP              576.71
                          ARNIES BOWLING AND REC
  11-08          2312     MERCHANT SERVICE MERCH DEP              504.25
                          ARNIES BOWLING AND REC
  11-08          1312     MERCHANT SERVICE MERCH FEE               10.62-
                          ARNIES BOWLING AND REC
  11-08          1312     MERCHANT SERVICE MERCH FEE               20.50-
                          ARNIES BOWLING AND REC
  11-09          1313     MERCHANT SERVICE MERCH DEP              167.00
                          ARNIES BOWLING AND REC
  11-09          4313     MERCHANT SERVICE MERCH DEP              132.21
                          ARNIES BOWLING AND REC
  11-09          4313     MERCHANT SERVICE MERCH DEP              313.78
                          ARNIES BOWLING AND REC
  11-09          4313     MERCHANT SERVICE MERCH FEE               11.59-
                          ARNIES BOWLING AND REC
  11-10          1314     MERCHANT SERVICE MERCH DEP               27.00
                          ARNIES BOWLING AND REC
  11-10          1314     MERCHANT SERVICE MERCH DEP               46.00
```

```
                                        Statement Number    ▓▓▓▓▓▓▓
                                                    Date    11-30-10
                                                    Page           3

                    ARNIES BOWLING AND REC
11-10     4314      MERCHANT SERVICE MERCH FEE              3.18-
                    ARNIES BOWLING AND REC
11-12     2316      MERCHANT SERVICE MERCH DEP              6.00
                    ARNIES BOWLING AND REC
11-12     2316      MERCHANT SERVICE MERCH DEP             58.13
                    ARNIES BOWLING AND REC
11-12     4316      MERCHANT SERVICE MERCH FEE              2.03-
                    ARNIES BOWLING AND REC
11-15     1319      MERCHANT SERVICE MERCH DEP            332.71
                    ARNIES BOWLING AND REC
11-15     1319      MERCHANT SERVICE MERCH DEP             11.00
                    ARNIES BOWLING AND REC
11-15     1319      MERCHANT SERVICE MERCH DEP            600.08
                    ARNIES BOWLING AND REC
11-15     4319      MERCHANT SERVICE MERCH DEP             13.00
                    ARNIES BOWLING AND REC
11-15     4319      MERCHANT SERVICE MERCH DEP            207.46
                    ARNIES BOWLING AND REC
11-15     1319      MERCHANT SERVICE MERCH FEE              7.08-
                    ARNIES BOWLING AND REC
11-15     1319      MERCHANT SERVICE MERCH FEE             18.02-
                    ARNIES BOWLING AND REC
11-15     4319      MERCHANT SERVICE MERCH FEE              1.67-
                    ARNIES BOWLING AND REC
11-15     4319      MERCHANT SERVICE MERCH FEE              4.90-
                    ARNIES BOWLING AND REC
11-16     1320      MERCHANT SERVICE MERCH DEP             31.71
                    ARNIES BOWLING AND REC
11-16     4320      MERCHANT SERVICE MERCH DEP            173.01
                    ARNIES BOWLING AND REC
11-16     4320      MERCHANT SERVICE MERCH DEP            264.42
                    ARNIES BOWLING AND REC
11-16     4320      MERCHANT SERVICE MERCH DEP            622.27
                    ARNIES BOWLING AND REC
11-16     2320      ADVANTA CRDT CRD ONLINEPYMT           550.00-
                    MICHAEL T DREHER
11-16     4320      MERCHANT SERVICE MERCH FEE             25.82-
                    ARNIES BOWLING AND REC
11-17     1321      MERCHANT SERVICE MERCH DEP             34.50
                    ARNIES BOWLING AND REC
11-17     2321      MERCHANT SERVICE MERCH DEP            135.24
                    ARNIES BOWLING AND REC
11-17     4321      MERCHANT SERVICE MERCH FEE               .94-
                    ARNIES BOWLING AND REC
11-18     1322      MERCHANT SERVICE MERCH DEP             23.67
                    ARNIES BOWLING AND REC
11-18     2322      MERCHANT SERVICE MERCH DEP            165.00
                    ARNIES BOWLING AND REC
11-18     4322      MERCHANT SERVICE MERCH FEE              4.09-
                    ARNIES BOWLING AND REC
11-19     1323      MERCHANT SERVICE MERCH DEP             44.00
                    ARNIES BOWLING AND REC
11-19     2323      MERCHANT SERVICE MERCH DEP             37.00
                    ARNIES BOWLING AND REC
11-19     4323      MERCHANT SERVICE MERCH FEE              4.96-
                    ARNIES BOWLING AND REC
11-22     1326      MERCHANT SERVICE MERCH DEP             97.90
                    ARNIES BOWLING AND REC
11-22     1326      MERCHANT SERVICE MERCH DEP            142.37
                    ARNIES BOWLING AND REC
11-22     1326      MERCHANT SERVICE MERCH DEP            133.97
                    ARNIES BOWLING AND REC
```



```
                                    Statement Number        97
                                                Date  11-30-10
                                                Page         4

11-22        1326    MERCHANT SERVICE MERCH DEP         517.66
                     ARNIES BOWLING AND REC
11-22        2326    MERCHANT SERVICE MERCH DEP         540.13
                     ARNIES BOWLING AND REC
11-22        1326    MERCHANT SERVICE MERCH FEE          15.95-
                     ARNIES BOWLING AND REC
11-22        1326    MERCHANT SERVICE MERCH FEE          15.84-
                     ARNIES BOWLING AND REC
11-22        1326    NIPSCO - (ACH) N CONVEN FEE          1.75-
                     NIPSCO EFT
11-22        2326    NIPSCO - (ACH) N PAYMENT CK       6568.00-
                     NIPSCO EFT
11-22        4326    MERCHANT SERVICE MERCH FEE           2.20-
                     ARNIES BOWLING AND REC
11-23        1327    MERCHANT SERVICE MERCH DEP           8.89
                     ARNIES BOWLING AND REC
11-23        4327    MERCHANT SERVICE MERCH DEP         233.31
                     ARNIES BOWLING AND REC
11-23        4327    MERCHANT SERVICE MERCH DEP         269.01
                     ARNIES BOWLING AND REC
11-23        2327    ESURANCE        INSURANCE          236.43-
                     TODD A *APFEL
11-23        4327    MERCHANT SERVICE MERCH FEE          13.22-
                     ARNIES BOWLING AND REC
11-24        1328    MERCHANT SERVICE MERCH DEP         242.00
                     ARNIES BOWLING AND REC
11-24        4328    MERCHANT SERVICE MERCH FEE            .23-
                     ARNIES BOWLING AND REC
11-26        1330    MERCHANT SERVICE MERCH DEP          70.80
                     ARNIES BOWLING AND REC
11-26        1330    MERCHANT SERVICE MERCH DEP         152.31
                     ARNIES BOWLING AND REC
11-26        4330    MERCHANT SERVICE MERCH FEE           6.82-
                     ARNIES BOWLING AND REC
11-29        2333    MERCHANT SERVICE MERCH DEP         167.22
                     ARNIES BOWLING AND REC
11-29        2333    MERCHANT SERVICE MERCH DEP         180.87
                     ARNIES BOWLING AND REC
11-29        2333    MERCHANT SERVICE MERCH DEP         611.38
                     ARNIES BOWLING AND REC
11-29        3333    MERCHANT SERVICE MERCH DEP         127.87
                     ARNIES BOWLING AND REC
11-29        6333    MERCHANT SERVICE MERCH DEP         198.73
                     ARNIES BOWLING AND REC
11-29        2333    MERCHANT SERVICE MERCH FEE           3.36-
                     ARNIES BOWLING AND REC
11-29        2333    MERCHANT SERVICE MERCH FEE          24.88-
                     ARNIES BOWLING AND REC
11-29        6333    MERCHANT SERVICE MERCH FEE           6.12-
                     ARNIES BOWLING AND REC
11-29        6333    MERCHANT SERVICE MERCH FEE           4.05-
                     ARNIES BOWLING AND REC
11-30        1334    MERCHANT SERVICE MERCH DEP          17.00
                     ARNIES BOWLING AND REC
11-30        1334    MERCHANT SERVICE MERCH DEP         106.04
                     ARNIES BOWLING AND REC
11-30        4334    MERCHANT SERVICE MERCH DEP         181.71
                     ARNIES BOWLING AND REC
11-30        4334    MERCHANT SERVICE MERCH DEP         237.59
                     ARNIES BOWLING AND REC
11-30        4334    MERCHANT SERVICE MERCH FEE          11.38-
                     ARNIES BOWLING AND REC
```

```
                                         Statement Number          ▓▓▓▓97
                                                    Date         11-30-10
                                                    Page                5
              ------------------ DETAIL OF DEPOSITS AND OTHER ACTIVITY -----------------
   DATE                         DESCRIPTION                              AMOUNT
   11-01                        DEPOSIT                                 2300.00
   11-01                        DEPOSIT                                 3250.00
   11-02                        DEPOSIT                                 2500.00
   11-02                        DEPOSIT                                  860.00
   11-04                        DEPOSIT                                 1100.00
   11-05                        DEPOSIT                                 1250.00
   11-08                        DEPOSIT                                 1100.00
   11-08                        DEPOSIT                                 2800.00
   11-11                        DEPOSIT                                 1300.00
   11-15                        DEPOSIT                                 3500.00
   11-15                        DEPOSIT                                 1500.00
   11-18                        DEPOSIT                                 2200.00
   11-19                        DEPOSIT                                  500.00
   11-22                        DEPOSIT                                 2500.00
   11-22                        DEPOSIT                                 2900.00
   11-26                        DEPOSIT                                 3500.00

             ------------------------ DAILY BALANCE SUMMARY -------------------------
   DATE         BALANCE       DATE        BALANCE       DATE         BALANCE
   10-31        2669.20       11-01       8233.35       11-02       11340.51
   11-03       11748.22       11-04       1468.46       11-05        2360.11
   11-08        4242.05       11-09       4310.45       11-10        4380.27
   11-11        4979.14       11-12       4549.51       11-15        9550.47
   11-16        9883.30       11-17       7052.10       11-18        8326.27
   11-19        7911.53       11-22       4617.53       11-23        4671.84
   11-24        4444.76       11-26       5206.98       11-29        5863.33
   11-30        5819.29
```

Last Page of Statement

# HORIZON BANK

```
                                      Statement Number         ████84
                                                 Date        11-30-10
                                                 Page               1
                                            Enclosures
                                                                    T




        ARNIE'S BOWLING AND RECREATION CENTER IN
        DEBTOR IN POSSESSION
        1251 PINE LAKE AVE
        LAPORTE IN 46350




        Need some extra cash this holiday season?
        Consider our holiday loan special. See insert for
        details, then stop by your local Horizon Bank or
        call 888-873-2640 to apply.


================================================================================
SUMMARY OF YOUR FREE BUSINESS CHECKING      ACCOUNT NUMBER     8584984
    Previous Balance     10-31-10              100.00
    +Deposits/Credits                             .00
    -Checks/Debits                                .00
    -Service Charge                               .00
    Ending Balance                             100.00

    ------------------------- DAILY BALANCE SUMMARY -------------------------
       DATE         BALANCE    DATE         BALANCE     DATE       BALANCE
       10-31         100.00
```

Last Page of Statement