UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE:  ARNIE'S BOWLING | ) | CHAPTER 11 BANKRUPTCY |
| & RECREATION CENTER, INC. | ) | |
| | ) | CASE NO. 10-30914 |
| Debtor | ) | |

**VERIFIED MOTION TO WITHDRAW APPEARANCE**

Comes now Rosalind G. Parr, attorney for debtor and pursuant to N.D. Indiana L.B.R. B-9010-2(e) moves to withdraw her appearance on behalf of the debtor, Arnie's Bowling & Recreation Center, Inc. In support of this motion, counsel states the following:

1. Counsel desires to withdraw her appearance on behalf of the debtor because there has been a breakdown of the attorney client relationship.

2. On December 17, 2010 counsel sent a letter advising debtor of her intention to withdraw from its case. A copy of the letter is attached hereto.

3. Any response, objection or comments to this motion should be filed within ten (10) days of the filing of this motion.

Wherefore, Rosalind G. Parr prays to this Court for an Order granting her Motion to Withdraw Appearance and for all other just and proper relief.

I affirm under penalties of law of perjury that the above and foregoing representations are true.

*/s/ Rosalind G. Parr*
Rosalind G. Parr, #6270-45
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

## CERTIFICATE OF SERVICE

I certify that on December 28, 2010, service of a true and complete copy of the above and foregoing pleading was served electronically upon the U.S. Trustee, Alexander Edgar, Jacqueline Hohman, Robin Morlock and Bradley Adamski.

*Rosalind G. Parr*
Rosalind G. Parr

**Law Office of**
# ROSALIND G. PARR & ASSOCIATES

The Williamsburg
105 W. 86th Avenue
Merrillville, IN 46410-6238
Telephone (219) 756-3316
Fax (219) 756-2613
Email: nwibankruptcy@yahoo.com
www.nwibankruptcy.com

Jerilyn Sons
Legal Assistant

**TRANSMISSION VIA EMAIL: tafpel@bowlindiana.com**

December 17, 2010

Mr. Todd Apfel
1311 Scott Street
LaPorte, IN 46350

Re:   Chapter 11 Bankruptcy of Kwitchurbeliakin, LLC, Case No. 10-30824
      Chapter 11 Bankruptcy of Arnie's Bowling and Recreation Center, Inc., 10-30914

Dear Mr. Apfel:

Please be advised that I intend to withdraw my appearance in both of the above described cases in ten (10) days of the date given above for the reason that there has been a breakdown of the attorney client relationship.

Please seek other counsel immediately.

Sincerely,

*Rosalind G. Parr*
Rosalind G. Parr

RGP/rp
Cc: File